UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

BAYRON LOPEZ PEREZ,

                Petitioner,

      -against-

KENNETH GENALO, *et al.*,

                Respondents.

26-CV-715 (JPO)

ORDER

---

J. PAUL OETKEN, United States District Judge:

Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241. The Court, having examined the Petition and having heard from both parties that Petitioner was located in the Southern District of New York at the time that the Petition was filed, hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

    a. Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

    b. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

    c. whether, if the statutory provision under which Respondents assert the authority to detain Petition is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from recent decisions from this Court concerning detention based on the same provision. *See Yang v. Almodovar*, No. 25-CV-10265, 2025 WL 3678644 (S.D.N.Y. Dec. 18, 2025); *see also, e.g.*, *Tumba Huamani v. Francis*, No. 25-CV-8110, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025); *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475 (S.D.N.Y. 2025). If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

    d. a copy of any final order of removal; and

1

   e.  any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **three business days of the date of this Order**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within **ten business days of the date of this Order**.

The parties shall then appear for a telephonic case management conference with the Court at on **February 3, 2026** at **4:00 p.m.** Counsel should call (855) 244-8681 at the scheduled time. The attendee ID number is 2312 828 7066.

The order at Docket Number 3 enjoining Petitioner's removal from the United States and limiting his transfer shall remain in effect pending further order from this Court.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Within **two business days of the date of this Order**, Respondents shall file a letter with the Court with the information described in this order. The parties shall then appear for a telephonic case management conference with the Court on **February 3, 2026** at **4:00 p.m.**

SO ORDERED.

Dated:    January 28, 2026

New York, New York

_____
J. PAUL OETKEN
United States District Judge

2