**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BAYRON LOPEZ PEREZ,

                      Petitioner,           26 **CIVIL** 0715 (JPO)

       -against-                                **JUDGMENT**

KENNETH GENALO, et al.,

                      Respondents.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 30, 2026, the Petition for a writ of habeas corpus is

GRANTED. Respondents are ORDERED to immediately release Lopez Perez from custody.

**DATED:** New York, New York
           February 3, 2026

                              **TAMMI M. HELLWIG**
                            _____
                                **Clerk of Court**

              **BY:**
                            _____
                               **Deputy Clerk**